UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-018(2) (PAM/JSM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| | ) | |
| | ) | |
| RICHARD MATHEW LAHO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the defendant's motion to exclude the period of time from the date of this order through the date of a new trial date from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act and in the accompanying motion.

Accordingly, IT IS HEREBY ORDERED that the period from the date of this order through the date of a new trial date shall be excluded from the Speedy Trial Act computations in this case.

IT IS FURTHER ORDERED that trial shall commence on Monday, July 19, 2010 @ 9:00 AM.

Dated:   April  20,  2010    

 s/ Paul A. Magnuson    
Honorable Paul A. Magnuson
United States District Court Judge